UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

TOLULOPE ADURODOLA,

    Plaintiff,

v.

UNITED SKATES OF AMERICA, INC.,

    Defendant.

CASE NO.  1:22-cv-1972

## **PETITION FOR REMOVAL OF ACTION**

Defendant, United Skates of America, Inc., by counsel, and for its Petition for Removal of Action, states as follows:

1.    On September 2, 2022, Plaintiff filed his Complaint against Defendant in the Marion County Superior Court No. 7 of Indiana under Cause Number 49D07-2209-CT-030555.

2.    In his Complaint, Plaintiff alleges that on July 1, 2022, he was an invitee on the United Skates of America, Inc.'s premises when he tripped and fell on torn or ripped carpet, causing him serious and permanent injuries and damages.

3.    Plaintiff alleges that he sustained serious injuries and permanent injuries as a result of an incident at a United Skates of America, Inc.'s skating rink located at 3901 N. Glen Arm Road, Indianapolis, Indiana.

4.    Plaintiff is a citizen of the State of Indiana.

5.    Defendant is incorporated under the laws of the State of Ohio with its principal place of business in Columbus, Ohio.

6.    Defendant contends that this cause is removable under 28 U.S.C. § 1332 and none of the impediments to removal under 28 U.S.C. § 1445 are present in this action.

7.       Defendant certifies that to the best of its knowledge, information and belief, the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, as Plaintiff's counsel has indicated that he cannot stipulate that the amount of damages will not exceed $75,000.00 and alleges that Defendant breached its duty to Plaintiff causing him to incur "pain and suffering, disability, permanent injury, impairment, disfigurement, mental anguish, and overall loss of the quality of his life and expenses".

8.       Defendant was served with Plaintiff's Complaint by certified mail on September 12, 2022.

9.       This Petition for Removal is being filed with the Court within thirty (30) days after determining that the basis for diversity jurisdiction exists.

10.      Copies of all pleadings filed in the state court action that are in the possession of Defendant are attached as "Exhibit A".

11.      Contemporaneously, a written notice is being provided to all adverse parties and to the Clerk of the Marion County Superior Court No. 7 that this Petition for Removal is being filed in this Court.

**WHEREFORE**, Defendant, United Skates of America, Inc., respectfully requests that the entire state court action pending in the Marion County Superior Court No. 7, under Cause Number 49D07-2209-CT-030555, be removed to this Court for all further proceedings.

Dated:  October 6, 2022.

Respectfully submitted,

KOPKA PINKUS DOLIN PC

By: _/s/ Jessica N. Hamilton_____
      Jessica N. Hamilton, Atty No. 34268-71
      Jennifer M. Carpenter, Atty No. 35181-71
      Attorneys for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on October 6, 2022, the foregoing has been filed through the Court's ECF system and notice has been electronically served on all counsel of record.  Parties may access this filing through the Court's system.

Ken Nunn
Ryan Etter
Ken Nunn Law Office
104 Franklin Road
Bloomington, Indiana 47404
*Attorneys for Plaintiff*

      _/s/ Jessica N. Hamilton_____

KOPKA PINKUS DOLIN PC
550 Congressional Boulevard
Suite 310
Carmel, IN 46032
(317) 818-1360 | office
(317) 818-1390 | fax
jnhamilton@kopkalaw.com
jmcarpenter@kopkalaw.com