This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Tolulope Adurodola v. United Skates of America Inc.

| Case Number | 49D07-2209-CT-030555 |
|---|---|
| Court | Marion Superior Court 7 |
| Type | CT - Civil Tort |
| Filed | 09/02/2022 |
| Status | 09/02/2022 , Pending  (active) |

## Parties to the Case

**Defendant**   United Skates of America Inc.

<u>Address</u>
c/o Business Filings Incorporated
150 W. Market Street, Suite 800
Indianapolis, IN 46204

<u>Attorney</u>
Jennifer Marie Carpenter
*#3518171, Lead, Retained*

Kopka Pinkus Dolin PC
9801 Connecticut Dr
Crown Point, IN 46307
219-794-1888(W)

<u>Attorney</u>
Jessica Nicole Hamilton
*#3426871, Retained*

550 Congressional Blvd.
Suite 310
Carmel, IN 46032
317-818-1360(W)

**Plaintiff**   Adurodola, Tolulope

<u>Attorney</u>
Ryan Etter
*#2783249, Retained*

KEN NUNN LAW OFFICE
104 Franklin Road
Bloomington, IN 47404
812-332-9451(W)

## Chronological Case Summary

09/02/2022   **Case Opened as a New Filing**

| 09/02/2022 | **Complaint/Equivalent Pleading Filed** | |
| --- | --- | --- |
| | Complaint for Damages | |
| | Filed By: | Adurodola, Tolulope |
| | File Stamp: | 09/02/2022 |

| 09/02/2022 | **Appearance Filed** | |
| --- | --- | --- |
| | Appearance | |
| | For Party: | Adurodola, Tolulope |
| | File Stamp: | 09/02/2022 |

| 09/02/2022 | **Subpoena/Summons Filed** | |
| --- | --- | --- |
| | Summons to Untied Skates | |
| | Filed By: | Adurodola, Tolulope |
| | File Stamp: | 09/02/2022 |

| 09/21/2022 | **Service Returned Served (E-Filing)** | |
| --- | --- | --- |
| | Return of Service on United Skates | |
| | Filed By: | Adurodola, Tolulope |
| | File Stamp: | 09/21/2022 |

| 09/27/2022 | **Appearance Filed** | |
| --- | --- | --- |
| | Appearance Jessica Hamilton + Jennifer Carpenter | |
| | For Party: | United Skates of America Inc. |
| | File Stamp: | 09/27/2022 |

| 09/27/2022 | **Notice Filed** | |
| --- | --- | --- |
| | Defendant's Notice of Automatic Extension of Time | |
| | Filed By: | United Skates of America Inc. |
| | File Stamp: | 09/27/2022 |

| 09/28/2022 | **Order Granting Motion for Enlargement of Time** | |
| --- | --- | --- |
| | Up to and including 11/4/22. | |
| | Judicial Officer: | Rothenberg, Marc T |
| | Movant: | Adurodola, Tolulope |
| | Movant: | United Skates of America Inc. |
| | Movant: | Etter, Ryan |
| | Movant: | Carpenter, Jennifer Marie |
| | Movant: | Hamilton, Jessica Nicole |
| | Order Signed: | 09/28/2022 |

| 09/29/2022 | **Automated ENotice Issued to Parties** |
| --- | --- |
| | Order Granting Motion for Enlargement of Time ---- 9/28/2022 : Jennifer Marie Carpenter;Jessica Nicole Hamilton;Ryan Etter |

# Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

## Adurodola, Tolulope

Plaintiff

Balance Due (as of 10/04/2022)

0.00

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 09/02/2022 | Transaction Assessment | 157.00 |
| 09/02/2022 | Electronic Payment | (157.00) |

| | This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |
|---|---|

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. |

TOLULOPE ADURODOLA

    VS.

UNITED SKATES OF AMERICA INC.

## **COMPLAINT FOR DAMAGES**

    Comes now the plaintiff, Tolulope Adurodola, by counsel, Ken Nunn Law Office, and for cause of action against the defendant, United Skates of America Inc., alleges and says:

    1.    That on or about July 1, 2022, the plaintiff, Tolulope Adurodola, was a customer at the Skateland roller-skating complex, located at 3902 N. Glen Arm Rd, in Indianapolis, Marion County, Indiana.

    2.    That on or about July 1, 2022, the plaintiff, Tolulope Adurodola, tripped and fell due to piece of torn and/or ripped carpet at said location, causing the plaintiff to suffer serious injuries.

    3.    That it was the duty of the defendant to use ordinary care and diligence to keep and maintain the said premises in a condition reasonably safe for its intended uses and free from all defects and conditions which would render the premises dangerous and unsafe for plaintiff, or present an unreasonable risk of harm to plaintiff in his/her lawful use of same.

    4.    That it was the duty of the defendant to exercise reasonable care to protect plaintiff, by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonably foreseeable use of said premises.

    5.    That it was the duty of the defendant to have available sufficient personnel and equipment to properly inspect and maintain the aforesaid premises in a condition reasonably safe for plaintiff and free from defects and conditions rendering the premises unsafe.

    6.    That it was the duty of the defendant to warn plaintiff of the dangerous and unsafe condition existing on said premises.

    7.    That the defendant knew or should have known of the unreasonable risk of danger to the plaintiff but failed either to discover it or to correct it after discovery.

-2-

8. That the fall and resultant permanent injuries of plaintiff were caused by the negligence of the defendant who failed to utilize reasonable care in the inspection and maintenance of said premises.

9. That the aforesaid acts of negligence on the part of the defendant were the proximate cause of the injuries sustained by the plaintiff.

10. That the plaintiff has incurred medical expenses, lost wages and other special expenses, and will incur future medical expenses, lost wages and other special expenses, as a direct and proximate result of defendant's negligence.

WHEREFORE, the plaintiff demands judgment against the defendant for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses, lost wages and other special expenses, for future medical expenses, lost wages and other special expenses, court costs, and all other proper relief in the premises.

KEN NUNN LAW OFFICE

BY:   *s/ Ryan D. Etter*
      Ryan D. Etter, #27832-49
      KEN NUNN LAW OFFICE
      104 South Franklin Road
      Bloomington, IN  47404
      Phone: (812) 332-9451
      Fax: (812) 331-5321
      E-mail: ryane@kennunn.com

-3-

## REQUEST FOR TRIAL BY JURY

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

KEN NUNN LAW OFFICE

BY:  *s/ Ryan D. Etter*
    Ryan D. Etter, #27832-49
    KEN NUNN LAW OFFICE
    104 South Franklin Road
    Bloomington, IN  47404
    Phone: (812) 332-9451
    Fax: (812) 331-5321
    E-mail: ryane@kennunn.com

Ryan D. Etter, #27832-49
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:  812-331-5321
Attorney for Plaintiff

# APPEARANCE FORM (CIVIL)
### Initiating Party

| | | |
|---|---|---|
| | CAUSE NO: | |
| 1. | Name of first initiating party | Tolulope E. Adurodola<br>619 Shingle Oak Court<br>Indianapolis, IN  46224 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Ryan Etter #27832-49<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN  47404<br>PHONE:       812 332-9451<br>FAX:           812 331-5321<br>Email:  ryane@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules | |
| Continuation of Item 1 (Names of initiating parties) | | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | | |

    s/Ryan Etter_____
    Attorney-at-Law
    (Attorney information shown above.)

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF MARION
STATE OF INDIANA
CITY COUNTY BUILDING, 200 E. WASHINGTON STREET
INDIANAPOLIS, INDIANA 46204
TELEPHONE 317 327-4740

Tolulope Adurodola

                Plaintiff(s)

    VS.                                                       No. _____

United Skates of America Inc.

                Defendant(s)

**SUMMONS**

The State of Indiana to Defendant: **United Skates of America Inc., c/o Business Filings Inc., 150 W. Market Street, Suite 800, Indianapolis, IN 46204**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 9/2/2022

*Myla A. Eldridge*
CLERK, MARION CIRCUIT/SUPERIOR COURTS

RYAN D. ETTER, #27832-49
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN 47404

**ACKNOWLEDGMENT OF SERVICE OF SUMMONS**

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 2022.

_____
SIGNATURE OF DEFENDANT

PRAECIPE: I designate the following mode of service to be used by the Clerk.

XX    By certified or registered mail with return receipt to above address.

☐    By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐    By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐    By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY: */s/ RYAN ETTER*
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING: I certify that on the __ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

    Dated this __ day of _____, 2022.

                                                          CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2022, and that a copy of the return of receipt was received by me on the _____ day of _____, 2022, which copy is attached herewith.

                                                          CLERK, MARION CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the __ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2022, and I did deliver said summons and a copy of the complaint to the Sheriff of MARION County, Indiana.

    Dated this __ day of _____, 2022.

                                                          CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:** This summons came to hand on the __ day of _____, 2022, and I served the same on the __ day of _____, 2022.

1. By mailing a copy of the summons and complaint personally to _____ address _____ _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____ the dwelling house or usual place of abode of defendant: _____ (Name of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2022 to _____ his last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit: _____.
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2022.

                                                          SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:

1. By delivery on the __ day of _____, 2022 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the __ day of _____, 2022 for each of the within named defendant(s) _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____ and by mailing a copy of the summons without the complaint to _____ at _____ _____ the last known address of defendant(s).

All done in MARION County, Indiana.

Fees: $_____        _____
                                                            SHERIFF or DEPUTY



Mailer: Ken Nunn Law Office

Date Produced: 09/19/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8388 9003 52. Our records indicate that this item was delivered on 09/12/2022 at 09:50 a.m. in INDIANAPOLIS, IN 46204. The scanned image of the recipient information is provided below.

Signature of Recipient :

Printed Name: Geoffrey K Wright

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

```
UNITED SKATES OF AMERICA INC
C/O: BUSINESS FILINGS INC
SUITE 800
150 W MARKET ST
INDIANAPOLIS IN 46204-2806
```

Customer Reference Number:     C3665316.21757001

Return Reference Number        Tolu Adurodola

USPS MAIL PIECE TRACKING NUMBER:   42046204921489019403838890035 2
MAILING DATE:        09/07/2022
DELIVERED DATE:   09/12/2022
CUSTOM1:

MAIL PIECE DELIVERY INFORMATION:

UNITED SKATES OF AMERICA INC
C/O: BUSINESS FILINGS INC
SUITE 800
150 W MARKET ST
INDIANAPOLIS IN 46204-2806

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 09/07/2022 13:33 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 09/09/2022 20:38 | ORIGIN ACCEPTANCE | BLOOMINGTON IN DISTRIBUTION CEN 47404 |
| 09/09/2022 21:53 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 09/10/2022 00:12 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 09/10/2022 10:22 | ARRIVAL AT UNIT | INDIANAPOLIS,IN 46204 |
| 09/10/2022 10:33 | OUT FOR DELIVERY | INDIANAPOLIS,IN 46204 |
| 09/10/2022 11:11 | RESCHEDULED TO NEXT DELIVERY DAY | INDIANAPOLIS,IN 46204 |
| 09/12/2022 09:50 | DELIVERED INDIVIDUAL PICKED UP AT USPS | INDIANAPOLIS,IN 46204 |

| | |
|---|---|
| STATE OF INDIANA | IN THE MARION SUPERIOR COURT NO. 7 |
| COUNTY OF MARION | CAUSE NO.: 49D07-2209-CT-030555 |

TOLULOPE ADURODOLA,

    Plaintiff,

v.

UNITED SKATES OF AMERICA, INC.,

    Defendant.

### E-FILING APPEARANCE BY ATTORNEY UNDER TRIAL RULE 3.1

Party Classification:   Initiating: _____   Responding: __X__   Intervening: _____

1. The undersigned attorney appears in this case for the following party member:

### UNITED SKATES OF AMERICA, INC.

2. Attorney information for service as required by Trial Rule 5(B)(2):

| | | |
|---|---|---|
| Jessica N. Hamilton | Atty. No. | 34268-71 |
| KOPKA PINKUS DOLIN PC | Telephone: | (317) 818-1360 |
| 550 Congressional Boulevard | Facsimile: | (317) 818-1390 |
| Suite 310 | Email: | jnhamilton@kopkalaw.com |
| Carmel, IN 46032 | | |

| | | |
|---|---|---|
| Jennifer M. Carpenter | Atty No. | 35181-71 |
| KOPKA PINKUS DOLIN PC | Telephone: | (219) 794-1888 |
| 9801 Connecticut Drive | Facsimile: | (219) 794-1892 |
| Crown Point, IN 46307 | Email: | jmcarpenter@kopkalaw.com |

**IMPORTANT:** Each attorney specified on this Appearance:

(a) certified that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b) acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email addresses specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

(c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3. Case Type requested under Administrative Rule 8(b)(3): **CT**

4. I will accept service by fax at the above noted number: **No**

   I will accept service by email at the above noted address: **Yes**

5. This case involves child support issues: **No**

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order: **No**

7. This case involves a petition for involuntary commitment: **No**

8. Are there related cases: **No**

9. Additional information required by local rule: **No**

10. Are there other party members: **No**

11. This form has been served on all other parties and a Certificate of Service is attached.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By: */s/ Jessica N. Hamilton*
    Jessica N. Hamilton (#34268-71)
    Jennifer M. Carpenter (#35181-71)
    Attorneys for United Skates of America, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 27, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Ryan D. Etter
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN  47404

                                           */s/ Jessica N. Hamilton*

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel:     (317) 818-1360
Fax:    (317) 818-1390
Email: jnhamilton@kopkalaw.com

| | |
|---|---|
| STATE OF INDIANA | IN THE MARION SUPERIOR COURT NO. 7 |
| COUNTY OF MARION | CAUSE NO.: 49D07-2209-CT-030555 |

TOLULOPE ADURODOLA,

    Plaintiff,

v.

UNITED SKATES OF AMERICA, INC.,

    Defendant.

## DEFENDANT'S NOTICE OF AUTOMATIC ENLARGEMENT OF TIME

Defendant, United Skates of America, Inc., by counsel, Jessica N. Hamilton of Kopka Pinkus Dolin PC, respectfully moves the Court for an automatic enlargement of time to respond to Plaintiff's Complaint, pursuant to Ind. Trial Rule 6(B)(1) and Marion Circuit and Superior Courts Civil Rule 203(D), and states:

    1.    That no prior extensions have been requested.

    2.    On information and belief, Defendant was notified of Plaintiff's claim on September 12, 2022, and its responsive pleading would be due on October 5, 2022, which has not yet passed.

    3.    The date to which said extension of time would automatically extend is November 4, 2022.

    4.    That such extension of time is necessary for Defendant's attorney to properly investigate the allegations in the Plaintiff's Complaint in order to adequately respond to the Plaintiff's Complaint.

WHEREFORE, Defendant, United Skates of America, Inc., by counsel, files its Notice of Automatic Enlargement of Time of 30 days, up to and including November 4, 2022.

1

        Respectfully Submitted,

        KOPKA PINKUS DOLIN PC


        By:  */s/ Jessica N. Hamilton*
          Jessica N. Hamilton (#34268-71)
          Attorney for United Skates of America Inc.


<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on September 27, 2022 I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Ryan D. Etter
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404

        */s/ Jessica N. Hamilton*


KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN 46032
Tel:  (317) 818-1360
Fax:  (317) 818-1390
Email: jnhamilton@kopkalaw.com

2

FILED
September 28, 2022
CLERK OF THE COURT
MARION COUNTY
DC

| | |
|---|---|
| STATE OF INDIANA | IN THE MARION SUPERIOR COURT NO. 7 |
| COUNTY OF MARION | CAUSE NO.: 49D07-2209-CT-030555 |

TOLULOPE ADURODOLA,

    Plaintiff,

v.

UNITED SKATES OF AMERICA, INC.,

    Defendant.

### ORDER GRANTING DEFENDANT, UNITED SKATES OF AMERICA, INC.'S AUTOMATIC ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, United Skates of America, Inc., by counsel, having filed a Notice for Automatic Enlargement of Time to Respond to Plaintiff's Complaint, and the Court, having reviewed the notice and being duly advised in the premises, now finds that Defendant, United Skates of America, Inc., is entitled to an automatic enlargement of time pursuant to Marion County Local Rule LR49-TR5-203(D).

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant, United Skates of America, Inc., shall have up to and including November 4, 2022, by which to file a response to Plaintiff's Complaint.

**SO ORDERED** _____9/27/2022_____.

_____

Judge, Marion Superior Court 7

Distribution to parties via IEFS